CATHERINE E. PALMER, Appellant, *v.* THE COMMERCIAL
   TRAVELERS' MUTUAL ACCIDENT ASSOCIATION OF
   AMERICA, Respondent.

(Argued June 1, 1891; decided June 25, 1891.)

APPEAL from judgment of the General Term of the Supreme
Court in the fourth judicial department in favor of defendant,
entered upon an order made July 20, 1889, on the submission
of a controversy under section 1279 of the Code of Civil
Procedure.

*Edwin Nottingham* for appellant.

*M. W. Van Auken* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

———————————

SOPHIA PITCHER, as Administratrix, etc., Apellant, *v.* THE
   NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COM-
   PANY, Respondent.

(Argued June 12, 1891; decided June 25, 1891.)

APPEAL from order of the General Term of the Supreme
Court in the fourth judicial department, made May 23, 1890,
which affirmed an order of Special Term reversing a judgment
in favor of plaintiff entered upon a verdict, and granting a
new trial.

*D. W. Cameron* for appellant.

*C. D. Prescott* for respondent.

Agree to affirm ; no opinion.
All concur, except BRADLEY, J., dissenting.
Order affirmed.